*Copy mailed to pro se party at docket address*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
JAY BRODSKY,

        Plaintiff,

-against-                              No.: 1:19-cv-04308

HILINE COFFEE COMPANY, INC.,
EUGENE KAKULIN,
TED SNYDER,
DOES 1-5 et al.,

        Defendant.
---------------------------------------- X

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Jay Brodsky hereby voluntarily dismisses this entire action against defendants HiLine Coffee Company, Inc., Eugene Kakulin, Ted Snyder, and unidentified defendants Does 1-5 with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 25, 2019



By:   /s/ Jay Brodsky
      JAY BRODSKY
      Plaintiff *pro se*

**SO ORDERED:**

/s/ John G. Koeltl
U.S.D.J.

12/10/19

{00133829;1}